UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. :    Case No. 8:05-cr-498-T-17MSS
:
ROBERT MASIAS, :
:
    Defendant. :
:

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the court upon the filing of a Motion by the United States of America for a Final Order of Forfeiture for the following property:

    a.    The real property located at 3307 39th Street East, Palmetto, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

        Begin at the Southeast corner of Farm 29, ONAHOM FARMS, as per Plat thereof recorded in Plat Book 6, page 81, of the Public Records of Manatee County, Florida; thence North along the East line of said Farm 29. a distance of 145.27 feet to the Point of Beginning; thence South 75 degrees 41 minutes West, a distance of 35.07 feet; thence North 1 degrees 44 minutes West, a distance of 112 feet to the South line of a 30 feet wide shell road; thence North 75 degrees 41 minutes East, along the South line of said shell road, a distance of 100 feet; thence South 1 degree 44 minutes East, a distance of 112 feet; thence South 75 degrees 41 minutes West, a distance of 64.93 feet to the Point of Beginning;

    b.    The real property located at 1408 72nd Street Court East, Rubonia, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

       Lot 33, Block 33, East Terra Ceia

       Parcel Identification Number: 21102.0000/9;

c.   The real property located at 130 12th Street Court West, Palmetto, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

       Lots 7 and 8 of Block A of the Harrison Industrial Subdivision as per plat recorded in Plat Book 6 at Page 43 of the Public Records of Manatee County, Florida in Section 13, Township 34 South, Range 17 East; and

d.   The real property located at 46095 S.R. 64 East, Myakka City, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

       Myakka Oaks Legal Description - Parcel 2:

       Commence at the Southwest corner of Section 36, Township 34 South, Range 22 East, Manatee County, Florida; thence run S 89° 19' 05" E along the South line of said section 36, 370.79 feet for a point of beginning; thence N 00° 19' 38" E, parallel to the East line of the SW ¼ of the SW ¼ of Section 36, 908.02 feet; thence S 89° 19' 05" E, 240.00 feet; thence run S 00° 19' 38" W, 908.02 feet to the aforementioned South line of Section 36; thence N 89° 19' 05" W along said South line, 240.00 feet to the point of beginning.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion of the United States is GRANTED.

It is further ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2).

It is further ORDERED that the United States Marshals Service be and is hereby given full possession and control of the property for disposition pursuant to law.

It is further ORDERED that all any and all outstanding taxes and interest due and owing the Manatee County Tax Collector, through the date of the Final Order of Forfeiture, be paid at the time of sale.

It is further ORDERED that the United States, Fred and Brenda Katz, by and through Joseph Roback, Esquire, comply with their Expedited Stipulated Settlement Agreements. (Dkt. Nos. 637 and 638).

It is further ORDERED that the United States and Michael Stack, President Prism Contractors, Inc., comply with their Expedited Stipulated Settlement Agreement. (Dkt. No. 699).

DONE and ORDERED in Chambers in Tampa, Florida, this 13th day of November, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record